UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD J. SEBASTIAN, <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br> Defendant. | No. 2:24-cv-07727-JDE <br><br> ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 22), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $6,800.00 under 28 U.S.C. § 2412(d), and costs of $405.00 under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: July 24, 2025 _____

_____
JOHN D. EARLY
United States Magistrate Judge